UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUC BURBON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>BFB SERVICES, LLC d/b/a MOSQUITO JOE,<br>　　　　　　　　　　Defendant. | Docket No: 1:18-cv-05420-RWS<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff LUC BURBON, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Joseph H. Mizrahi, Esq.
　　　　　　　　　　　　　　　　　　　　　　Cohen & Mizrahi LLP
　　　　　　　　　　　　　　　　　　　　　　300 Cadman Plaza West, 12 Fl.
　　　　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11201
　　　　　　　　　　　　　　　　　　　　　　Phone: (929) 575-4175
　　　　　　　　　　　　　　　　　　　　　　Email: joseph@cml.legal
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

Dated:　　Brooklyn, New York
　　　　　　July 3, 2018